UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

06 AUG 23 AM 10:58

DELBERT E. NORTON, JR. AND
KELLY R. NORTON                                                    **PLAINTIFFS**

3:06CV411-C

v.                          **COMPLAINT**

CIVIL ACTION NO:_____

CANADIAN AMERICAN TANK LINES                                       **DEFENDANTS**
70 Ewart Avenue, RR #8
Brantford, Ontario, N3T5M1, Canada

    Serve: Trey Greyson
            Secretary of State
            Service of Summons
            Office of the Secretary of State
            Room 86, State Capitol
            Frankfort, KY 40601

AND

MICHEL PICARD
1419 Rue Emond,
Saint Nicolas, Quebec 6724, Canada

    Serve: Trey Greyson
            Secretary of State
            Service of Summons
            Office of the Secretary of State
            Room 86, State Capitol
            Frankfort, KY 40601

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

    COME the Plaintiffs, Delbert E. Norton, Jr. and Kelly R. Norton, by counsel, and for their cause of action against the Defendants, Canadian American Tank Lines and Michel Picard, state as follows:

1. The Plaintiff, Delbert E. Norton, Jr., is and was at all times stated herein a citizen and resident of Mount Washington, Bullitt County, Kentucky.

LAW OFFICES OF
Garmer & O'Brien, LLP
141 North Broadway
Lexington, KY 40507
(859) 254-9352
FAX
(859) 233-9769

1

2. The Plaintiff, Kelly R. Norton, is and was at all times stated herein the spouse of the Plaintiff, Delbert E. Norton, Jr., and is and was at all times stated herein a citizen and resident of Mount Washington, Bullitt County, Kentucky.

3. The Defendant, Canadian American Tank Lines, is and was at all times stated herein acting through its agents, servants, and employees including Michel Picard, and is and was at all times stated herein a foreign corporation and has its principal place of business at 70 Ewart Avenue, RR #8, Brantford, Ontario, N3T5M1, Canada, and whose registered agent for service of process is Jeffrey Scott Hopkins, 70 Ewart Avenue, RR #8, Brantford, Ontario, N3T5M1, Canada and is organized and existing under the laws of Canada for the purposes of shipping materials and providing transportation services to customers, and is authorized to do business in Kentucky and is subject to service of process pursuant to KRS 454.210.

4. The Defendant, Michel Picard, is and was at all times stated herein a citizen and resident of 1419 Rue Emond, Saint Nicolas, Quebec 6724, Canada, and is and was at all times stated herein acting as an agent, servant, and employee of the Defendant, Canadian American Tank Lines and is subject to service of process pursuant to KRS 188.030.

5. This court has jurisdiction pursuant to 28 U.S.C., Sec. 1332 et seq., there being diversity of citizenship between the parties and the amount in controversy being in excess of $75,000.

6. On May 11, 2006, the Defendant, Michel Picard acting individually and as an agent, servant, and employee of the Defendant, Canadian American Tank Lines, was the driver of a tractor-trailer truck owned by the Defendant Canadian American Tank Lines and negligently, carelessly, recklessly, and contrary to statute parked the tractor-trailer truck, without any lights illuminated or any type of warning signal or device, on the traveled portion of Decimal Drive in Jeffersontown, Jefferson County, Kentucky.

LAW OFFICES OF
Garmer & O'Brien, LLP
141 North Broadway
Lexington, KY 40507
(859) 254-9352
FAX
(859) 233-9769

7. On or about May 11, 2006, the Plaintiff was lawfully driving his 1989 Dodge RAM 1500 pickup truck at or about 20 miles per hour on Decimal Drive in Jeffersontown, Jefferson County, Kentucky.

8. On or about May 11, 2006, because of the negligence, carelessness, recklessness, and violation of statute by the Defendants, as stated hereinabove, the Plaintiff was unable to visualize the tractor-trailer truck and as a result, collided with the tractor-trailer truck.

9. As a direct and proximate result of the negligence of each of the Defendants and all of the Defendants as stated hereinabove, Delbert E. Norton, Jr., sustained serious and grievous permanent injuries.

10. As a result of his injuries stated hereinabove, Delbert E. Norton, Jr., incurred medical expenses to his damage in the amount of $650,000.00.

11. As a result of his injuries stated hereinabove, Delbert E. Norton, Jr., will incur medical expenses to his damage in the future in the amount of $500,000.00.

12. As a result of his injuries stated hereinabove, Delbert E. Norton, Jr., has lost time from work to his damage in the amount of $75,000.00.

13. As a result of his injuries stated hereinabove, Delbert E. Norton, Jr.'s power to earn money has been impaired to his damage in the amount of $2,100,000.00.

14. As a result of his injuries stated hereinabove, Delbert E. Norton, Jr., has suffered and will suffer great pain of body and anguish of mind to his damage in the amount of $500,000.00.

15. As a result of his injuries stated hereinabove, Delbert E. Norton, Jr. will in the future suffer great pain of body and anguish of mind to his damage in the amount of $2,000,000.00.

16. As a result of Delbert E. Norton, Jr.'s injuries, Plaintiff, Kelly R. Norton has lost the love, care, and affection of her husband to her damage in the amount of $1,000,000.00.

LAW OFFICES OF
Garmer & O'Brien, LLP
141 North Broadway
Lexington, KY 40507
(859) 254-9352
FAX
(859) 233-9769

WHEREFORE, the Plaintiffs, Delbert E. Norton, Jr. and Kelly R. Norton, demand:

1. Judgment against the Defendant, Canadian American Tank Lines, in the amount of $6,825,000.00.

2. Judgment against the Defendant, Michel Picard, in the amount of $6,825,000.00.

3. Joint and several judgment if returned against more than one Defendant;

4. Pre-judgment interest;

5. Post judgment interest;

6. Trial by jury;

7. Costs and expenses herein; and

8. Any and all other relief to which the plaintiffs may appear entitled.

Respectfully submitted,

COUNSEL FOR PLAINTIFFS

WILLIAM R. GARMER
Garmer & O'Brien, LLP
141 North Broadway
Lexington, Kentucky 40507
Telephone: (859) 254-9352
Facsimile: (859) 233-9769

AND

JOHN T. MCGARVEY
Morgan & Pottinger, P.S.C.
601 West Main Street
Louisville, Kentucky 40202
Telephone: (502) 589-2780

_____
WILLIAM R. GARMER

LAW OFFICES OF
Garmer & O'Brien, LLP
141 North Broadway
Lexington, KY 40507
(859) 254-9352
FAX
(859) 233-9769