UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CIVIL ACTION NO. 06-411-C

DELBERT E. NORTON, JR., ET UX.,                                    PLAINTIFFS,

V.                                       **VERDICT**

CANADIAN AMERICAN TANK LINES, ET AL.,                              DEFENDANTS.

\* \* \* \* \* \* \* \* \*

INTERROGATORY NO. 1

Are you satisfied by a preponderance of the evidence that the failure of Michel Picard to exercise ordinary care was a substantial factor in causing the accident?

YES ___✓___                                        NO _____

_____[signature]_____
FOREPERSON

___3/4/09___
DATE

If you have answered YES to this Interrogatory No. 1, PLEASE PROCEED to Interrogatory No. 2. If you have answered NO to this Interrogatory No. 1, you should GO NO FURTHER and notify the Court Security Officer that you have reached a verdict.

## INTERROGATORY NO. 2

Are you satisfied by a preponderance of the evidence that Gene Norton failed to comply with one or more of the duties set forth in Instruction No. 16 and, if so, that such failure was a substantial factor in causing the accident or his injuries?

YES  ✓                                           NO  _____

_____
FOREPERSON

_____3/4/09_____
DATE

Please proceed to Interrogatory No. 3.

INTERROGATORY NO. 3

Without regard to the apportionment of fault, what sum or sums of money do you believe will fairly and reasonably compensate Gene Norton for such of the following damages as you believe from the evidence he has sustained directly by reason of the accident:

a. Past Medical Expenses (not to exceed $677,212.80)

$ 677,212.80

b. Future Medical Expenses (not to exceed $1,794,922.00)

$ 450,000.00

c. Lost Wages (not to exceed $122,757.80)

$ 122,757.80

d. Impairment of Earning Capacity (not to exceed $1,181,662.20)

$ 865,000.00

e. Past Mental and Physical Suffering (not to exceed $1,000,000.00)

$ 250,000.00

f. Future Mental and Physical Suffering (not to exceed $3,000,000.00)

$ 1,500,000.00

_____
FOREPERSON

3/4/09
DATE

Please proceed to Interrogatory No. 4.

INTERROGATORY NO. 4

Without regard to the apportionment of fault, what sum of money do you believe will fairly and reasonably compensate Kelly Norton for such of the following damages as you believe from the evidence she has sustained directly by reason of the accident:

a. Loss of Consortium (not to exceed $1,500,000.00)

$ 400,000.00

_____
FOREPERSON

3/4/09
_____
DATE

If you answered YES to Interrogatory No. 2, PLEASE PROCEED to Interrogatory No. 5. If you answered NO to Interrogatory No. 2, GO NO FURTHER and notify the Court Security Officer that you have reached a verdict.

INTERROGATORY NO. 5

We, the jury, assess the following percentages of total fault attributable to each of the parties:

| | |
|---|---|
| Gene Norton | 35 % |
| Michel Picard | 65 % |
| TOTAL | 100 % |

_____
FOREPERSON

3/4/09
DATE

Please proceed no further and notify the Court Security Officer that you have reached a verdict.