**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

**CIVIL ACTION NO. 06-411-C**

**DELBERT E. NORTON, JR., ET UX.,**                                                                 **PLAINTIFFS,**

**V.**                              <u>**JUDGMENT ON JURY VERDICT**</u>

**CANADIAN AMERICAN TANK LINES, ET AL.,**                                              **DEFENDANTS.**

\* \* \* \* \* \* \* \* \* \*

This action having come before the court for jury trial with the Honorable Jennifer B. Coffman presiding, the case having been submitted to a jury, and the jury having returned a verdict set forth in the record at record entry No. 102, **IT IS ORDERED** and **ADJUDGED** as follows:

(1)   Judgment is entered in favor of plaintiff Delbert E. Norton, Jr., in the amount of $2,512,230.89;

(2)   Judgment is entered in favor of plaintiff Kelly R. Norton in the amount of $260,000;

(3)   Plaintiffs are awarded costs.

(4)   This Judgment will bear interest at the rate set forth in 28 U.S.C. § 1961(a) from the date of the entry of this Judgment until paid; and

(5)   There being no just cause for delay, this order is **FINAL** and **APPEALABLE.**

This case is **STRICKEN** from the court's active docket.

Signed on  April 2, 2009

Jennifer B. Coffman, Judge
United States District Court