UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
CIVIL ACTION NO:  3:06CV411-C

***ELECTRONICALLY FILED***

DELBERT E. NORTON, JR. AND
KELLY R. NORTON                                                                 PLAINTIFFS

v.                          **NOTICE OF CROSS-APPEAL**

CANADIAN AMERICAN TANK LINES AND
MICHEL PICARD                                                                   DEFENDANTS

* * * * * * * * * * * * * * * *

COME the Plaintiffs, by counsel, and hereby give notice of their cross-appeal in the above-captioned case. This cross-appeal is taken by the plaintiffs, Delbert E. Norton, Jr. and Kelly R. Norton, against the defendants, Canadian American Tank Lines and Michel Picard. This cross appeal is taken from the District Court's Order (D.E. 55) of January 12, 2009 and the District Court's Judgment on Jury Verdict (D.E. 109) entered April 3, 2009, to the United States Court of Appeals for the Sixth Circuit.

This appeal is taken against the Defendants, Canadian American Truck Lines and Michel Picard.

Respectfully submitted,

BY:   /s/ William R. Garmer
William R. Garmer, Esq.
 Kentucky Bar No. 24370
Jerome P. Prather, Esq.
 Kentucky Bar No. 91397
141 North Broadway
Lexington, Kentucky  40507
Telephone:  (859) 254-9352
Facsimile:   (859) 233-9769
Email:  bgarmer@garmerprather.com
Email:  jprather@garmerprather.com

John T. McGarvey, Esq.
Morgan & Pottinger, P.S.C.
601 West Main Street
Louisville, KY 40202
Email: jtm@morganandpottinger.com

COUNSEL FOR PLAINTIFFS

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 7, 2009, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system which will send notification of such filing to the following:

Palmer G. Vance
Carl N. Frazier
Stoll, Keenon & Park, LLP
Suite 2100
300 W. Vine St.
Lexington, KY  40507-1801
ATTORNEY FOR CANADIAN AMERICAN TANK LINES
AND MICHEL PICARD

BY:    /s/ William R. Garmer
          COUNSEL FOR PLAINTIFFS