UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:06CV411-C

***ELECTRONICALLY FILED***

DELBERT E. NORTON, JR., et ux.                              PLAINTIFFS

v.                          **AGREED ORDER**

CANADIAN AMERICAN TANK LINES, et al.                        DEFENDANTS

\* \* \* \*

This action having come before the Court upon the Joint Motion of the plaintiffs, Delbert E. Norton, Jr. and Kelly R. Norton (collectively "Plaintiffs"), and the defendants, Canadian American Tank Lines and Michel Picard (collectively "Defendants"), the Court having reviewed the memorandum of the parties and being otherwise sufficiently advised, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. That the Joint Motion to Distribute Supersedeas Bond and Vacate Judgment is **GRANTED**;

2. That the Clerk of Court shall forthwith distribute the supersedeas bond in this action as follows:

    a)    $1,777,500.00 payable to Delbert E. Norton, Kelly Norton, Garmer & Prather PLLC, and Morgan & Pottinger, PSC;

    b)    $302,500.00 payable to the Norton Qualified Settlement Fund;

    c)    $220,000.00 payable to Humana, Inc.; and

  d) The balance plus accrued interest payable to Markel Insurance Company of Canada, provided however, that the Clerk of Court shall retain 10% of the accrued interest as its fee;

3. That the Clerk of Court shall cause the payments set forth in paragraphs 2(a) through 2(c) of this Order to be delivered to Mr. William R. Garmer, counsel for Plaintiffs;

4. That the Clerk of Court shall cause the payment set forth in paragraph 2(d) of this Order to be delivered to Mr. Palmer G. Vance II, counsel for Defendants; and

5. That the Judgment entered April 3, 2009 (D.E. 109) is hereby **VACATED**.

**HAVE SEEN & AGREED TO:**

/s/ William R. Garmer
COUNSEL FOR PLAINTIFFS

/s/ Palmer G. Vance
COUNSEL FOR DEFENDANTS

Signed on   January 10, 2011

*Jennifer B. Coffman*
**Jennifer B. Coffman, Judge**
**United States District Court**