Nos. 09-5522/5569

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

| | |
|---|---|
| DELBERT E. NORTON, JR.,<br>KELLY R. NORTON,<br>    Plaintiffs - Appellees<br>    Cross-appellants<br><br>v.<br><br>CANADIAN AMERICAN TANK LINES,<br>MICHEL PICARD,<br>    Defendants - Appellants<br>    Cross-appellees | O R D E R |

Before:    MARTIN and McKEAGUE, Circuit Judges, and LUDINGTON, District Judge

    The parties have submitted a joint motion to dismiss this appeal. After considering that motion, the motion is GRANTED, and the appeal and cross-appeal are hereby dismissed.

ENTERED BY ORDER OF THE COURT

*[signature]*

Leonard Green, Clerk

---

    *The Honorable Thomas L. Ludington, United States District Judge for the Eastern District of Michigan, sitting by designation.

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Leonard Green
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: January 12, 2011

Mr. Carl N. Frazier
Stoll Keenon Ogden
300 W. Vine Street
Suite 2100
Lexington, KY 40507

Mr. William R. Garmer
Law Office
141 N. Broadway
Lexington, KY 40507-0000

Mr. John T. McGarvey
Morgan & Pottinger
601 W. Main Street
Louisville, KY 40202

Mr. Jerome Park Prather
Garmer & Prather
141 N. Broadway
Lexington, KY 40507

Mr. Palmer G. Vance II
Stoll Keenon Ogden
300 W. Vine Street
Suite 2100
Lexington, KY 40507

Re: Case No. 09-5522 /09-5569 , *Delbert Norton, Jr., et al v. Canadian American Tank Lines, et al*
Originating Case No. : 06-00411

Dear Sir or Madam,

    The Court issued the enclosed (Order/Opinion) today in this case.

                          Sincerely yours,

                          s/Nancy Barnes
                          Senior Case Manager
                          Direct Dial No. 513-564-7022
                          Fax No. 513-564-7096

cc:  Mr. Jeffrey A. Apperson

Enclosure